NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Plaintiff-Appellee,*

v.

**CIBA VISION CORPORATION,**
*Defendant-Appellant.*

---

2010-1372

---

Appeal from the United States District Court for the Middle District of Florida in consolidated case nos. 05-CV-0135 and 06-CV-0301, Judge Timothy J. Corrigan.

---

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Plaintiff-Appellant,*

v.

**CIBA VISION CORPORATION,**
*Defendant-Appellee.*

---

2010-1388

---

Appeal from the United States District Court for the Middle District of Florida in consolidated case nos. 05-CV-0135 and 06-CV-0301, Judge Timothy J. Corrigan.

---

## ON MOTION

---

## ORDER

Johnson & Johnson Vision Care, Inc. submits a response to this court's September 9, 2010 order requesting dismissal of its appeal, 2010-1388. The parties move to lift the stay of briefing in 2010-1372.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal 2010-1388 is dismissed. Each side shall bear its own costs in 2010-1388. The revised official caption is reflected above.

(2) The joint motion to lift the stay of briefing in 2010-1372 is granted. Johnson & Johnson's brief is due November 22, 2010. The appellant's reply brief is due December 23, 2010.

(3) Any other pending motions are denied as moot.

FOR THE COURT

NOV 1 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harry J. Roper, Esq.
Thomas P. Steindler, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 8 2010

JAN HORBALY
CLERK